**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **DARIN JOHNSON and ROBERT WILLEY, on behalf of themselves and all others similarly situated,** | |
| *Plaintiffs,* | |
| **v.** | Case No. 1:23-cv-01734-JPS-CSW |
| **NICE PAK PRODUCTS, INC. and PROFESSIONAL DISPOSABLES INTERNATIONAL, INC.,** | |
| *Defendants* | |

**PLAINTIFFS' UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND TO SET
FINAL APPROVAL HEARING FOR DECEMBER 2025**

Plaintiffs, by counsel, respectfully move the Court under Federal Rule of Civil Procedure 23(e) to enter the tendered, agreed Preliminary Approval Order, which grants preliminary approval to the Class Action Settlement Agreement (the "Settlement") attached as **Exhibit 1**. Defendants do not oppose entry of the agreed Preliminary Approval Order, and the parties request that the Court schedule a final approval hearing in approximately 120 days or December 2025.

WHEREFORE, Plaintiffs respectfully move the Court to enter the tendered Preliminary Approval Order and schedule a final approval hearing for approximately 120 days or December 2025.

Dated: August 11, 2025        By: */s/Lynn A. Toops*
                              Lynn A. Toops, No. 26386-49
                              Amina Thomas, No. 34451-49
                              COHENMALAD, LLP
                              One Indiana Square, Suite 1400
                              Indianapolis, IN 46204
                              Telephone: (317) 636-6481

Facsimile: (317) 636-2593
ltoops@cohenmalad.com
athomas@cohenmalad.com

Gary M. Klinger
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe St., Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
gklinger@milberg.com

*Counsel for Plaintiffs and the Proposed Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 11, 2025, a copy of the foregoing has been filed electronically. Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system.

*/s/Lynn A. Toops*
Lynn A. Toops