**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **DARIN JOHNSON and ROBERT WILLEY, on behalf of themselves and all others similarly situated,**<br><br>***Plaintiffs,***<br><br>**v.**<br><br>**NICE PAK PRODUCTS, INC. and PROFESSIONAL DISPOSABLES INTERNATIONAL, INC.,**<br><br>***Defendants*** | Case No. 1:23-cv-01734-JPH-CSW |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs respectfully move the Court for an order (1) affirming its conditional class certification, for purposes of the Revised Settlement Agreement only; (2) granting final approval to the proposed class action settlement with Defendant, the terms of which are set forth in the Revised Settlement Agreement ("Revised Settlement Agreement" or "SA") attached to the Supplemental Joint Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement as Exhibit A (ECF Nos. 76, 76-1); (3) affirming the Court's appointment of Darin Johnson and Robert Willey as Settlement Class Representatives; and (4) affirming the Court's appointment of Lynn A. Toops and Amina A. Thomas of CohenMalad, LLP and Gary M. Klinger and David K. Lietz of Milberg Coleman Bryson Phillips Grossman PLLC as Class Counsel.

The Court previously granted preliminary approval to the Revised Settlement Agreement, notice was sent to Settlement Class Members, and no Class Member have objected to the Revised Settlement Agreement or any part of it.



128834.000005\4922-4671-0704.1

Plaintiffs have submitted a memorandum and declaration in support of this motion and have tendered a proposed Final Approval order. Defendants do not object to the relief requested in this motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter the Final Approval Order.

Dated: May 29, 2026

*<u>/s/ Lynn A. Toops</u>*
Lynn A. Toops, No. 26386-49
Amina Thomas, No. 34451-49
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenmalad.com
athomas@cohenmalad.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
866.252.0878
gklinger@milberg.com

*Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 29, 2026, the foregoing was filed electronically via the CM/ECF system, which will serve all counsel of record via electronic mail.

*/s/ Lynn A. Toops*
Lynn A. Toops